UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80081-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

JUAN GALARZA,
Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** come before the court upon motion from counsel representing the defendant in the above captioned case to be relieved of further responsibilities of representing the defendant; for the defendant to be declared indigent; and for appointment of appellate counsel. Upon consideration of the motion, together with the Report and Recommendations of a United States Magistrate Judge, it is

**ORDERED** and **ADJUDGED** that:

1. The report and recommendations are **adopted**.

2. The defendant's motion to be declared financially unable to obtain representation for his appeal is **granted**. The motion to withdraw as trial counsel and appointment of appellate counsel is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __23RD__ day of May, 2007.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
Marcelo U. Montesinos, Esq.

Daniel T. K. Hurley
United States District Judge